IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CYNTHIA CURBOW                                                          PLAINTIFF

V.                          5:06CV000241-JFF

MICHEAL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 11th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE